# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) | |
| ) | **ORDER** |
| 2014 Jeep Cherokee with North Dakota ) | |
| License Plate Number 657DGV ) | Case No. 1: 21-mj-342 |

In the affidavit filed in support of the above-captioned Search Warrant, the affiant requested that this matter remain under seal until August 6, 2022.

For good cause shown, the court **ORDERS** that all materials associated with the above-captioned Search Warrant, including the Search Warrant, Application for Search Warrant, supporting affidavit, Search Warrant Return shall remain under seal until August 6, 2022, at which time this matter shall be unsealed without further order of the court.

Dated this 12th day of November, 2021.

/s/ *Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court